FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0138

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0138

IN THE MATTER OF

J.J.S.,

Respondent and Appellant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, J.J.S., is granted an extension of time until April 18, 2022 to prepare, serve, and file the Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022